IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACOB CHACKO** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 22-2336 |
| | : | |
| **SIGMAPHARM LABORATORIES, LLC** | : | |
| | : | |

# ORDER

AND NOW, this 2nd day of March 2023, upon consideration of Defendant's motion to dismiss (DI 10), and for the reasons set forth in the accompanying memorandum, it is **ORDERED** that Defendant's motion (DI 10) is **GRANTED**. We also **GRANT** Plaintiff leave to amend his complaint (DI 1) within **FOURTEEN (14) days.**

_/s/ John F. Murphy_
**MURPHY, J.**